STATE OF NEW JERSEY v. JOHN MITCHELL HORNE.

October 2, 1973. Petition for certification denied.

STANLEY OLEN v. SARAH OLEN.

October 2, 1973. Petition for certification denied. (See 124 *N. J. Super.* 373)